**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Barry Eli WILLIAMS, Petitioner.**

Supreme Court of Pennsylvania.

July 19, 2012.

**ORDER**

PER CURIAM.

**AND NOW**, this 19th day of July 2012, the Petition for Allowance of Appeal is **DENIED**.

Justice ORIE MELVIN did not participate in the consideration or decision of this matter.